# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-176
LT Case No. 16-2009-CF-15736

_____

JONATHAN HARTLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Jonathan Hartley, Milton, pro se.

Ashley Moody, Attorney General, and Anne C. Conley, Assistant
Attorney General, Tallahassee, for Appellee.


October 10, 2023


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____